D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Eva Knott*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA KNOTT (pseudonym),<br>   Plaintiff,<br>v.<br>THE CITY OF SAN DIEGO; THE SAN DIEGO POLICE DEPARTMENT; CAPITAN DAVID NISLEIT, personally and in his capacity as Chief of Police; LIEUTENANT ADAM SHARKI, personally and in his official capacity as SDPD Public Information Officer; and DOES 1 through 10;<br>   Defendants. | Case No.: '24CV0855 BAS DDL<br><br>**DECLARATION OF ANDY NGO IN SUPPORT OF PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY** |

1. I have personal knowledge of the facts stated herein, unless stated on information and belief, and if called upon to testify to those facts I could and would competently do so.

2. I am a journalist who writes for the Post Millennial and other news publications.

3. While reporting on political public demonstrations, I was beaten and severely injured by an Antifa mob in Portland, Oregon in June 2019 and again in May 2021. Antifa members have repeatedly showed up at my family's home to look for me and have issued threats to kill or injure me because of my reporting. These incidents are documented in numerous reports to the Portland Police Bureau.

4. I have attached as **EXHIBIT O** photographs of threats against my life made in public spaces in Portland, where I reside. The markings accompanying the threats to "Kill Andy Ngo" are associated with Antifa. The three arrows in a circle is an Antifa Logo and ACAB is an acronym for the slogan "All Cops Are Bastards," which Antifa has adopted.

5. On February 22, 2023, the Post Millennial published an article I co-wrote with Eva Knott with the headline, "Antifa ringleader faces 16 felony charges in brutal San Diego attack—mob used tear gas, beat teenagers in 'MAGA' clothing." The article detailed the allegations against Brian Lightfoot and identified John Hamasaki as Lightfoot's attorney. The article featured photographs of Lightfoot and Hamasaki that Eva took in the courtroom.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on 5/10/2024, at Las Vegas, Dean Martin Dr.

Andy Ngo

2

Case No. _____
DECLARATION OF ANDY NGO

# EXHIBIT O



