D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Eva Knott*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA KNOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF SAN DIEGO;<br>POLICE CHIEF DAVID NISLEIT,<br>in his representative capacity as<br>Chief of Police; and LIEUTENANT<br>ADAM SHARKI, in his<br>representative capacity as SDPD<br>Public Information Officer,<br><br>    Defendants. | Case No.: 3:24-cv-00855-BAS-DDL<br><br>**PLAINTIFF'S REVISED NOTICE OF MOTION FOR PRELIMINARY INJUNCITON**<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT<br><br>**DATE:** Monday, June 24, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that on June 24, 2024 in the United States District Court for the Southern District of California, Courtroom B, 12th Floor, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Plaintiff Eva Knott will, and hereby does, move this Court for a Preliminary Injunction to prevent Defendants from denying the rights guaranteed to Plaintiff by the First and Fourteenth Amendments of the United States Constitution.

This Motion will be based on this Notice of Motion and Motion, the Points and Authorities herein, the declarations and exhibits to the Motion, pleadings and papers filed in this matter, and on any other evidence as the parties may submit at the hearing on the Motion, if any.

Respectfully submitted,

Dated: May 15, 2024          by:

_____
D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN

Harmeet K. Dhillon
DHILLON LAW GROUP INC.

Attorneys for Attorneys for Plaintiff Eva Knott