D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Eva Knott*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EVA KNOTT,** <br> Plaintiff, <br> v. <br> **THE CITY OF SAN DIEGO; POLICE CHIEF DAVID NISLEIT, in his representative capacity as Chief of Police; and LIEUTENANT ADAM SHARKI, in his representative capacity as SDPD Public Information Officer,** <br> Defendants. | Case No.: 3:24-cv-00855-BAS-DDL <br><br> **PLAINTIFF'S REVISED NOTICE OF MOTION TO PROCEED PSEUDONYMOUSLY** <br><br> NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT <br><br> **DATE:** Monday, June 24, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD.**

**PLEASE TAKE NOTICE** that on June 24, 2024 in the United States District Court for the Southern District of California, Courtroom B, 12th Floor, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101, Plaintiff Eva Knott will, and hereby does, move this Court for an Order allowing her to proceed in this matter using a Pseudonym.

This motion is made on the grounds that Knott is a journalist who reports under a pseudonym for personal safety issues. As explained in the attached Memorandum of Points and Authorities, pseudonymity is necessary to protect Knott from retaliation, injury, and harassment.

This motion is based on this Notice, the Memorandum of Points and Authorities attached hereto, the Declarations and Exhibits filed in support of the motion, the records and pleadings on file herein, and on such other evidence as may be presented at the hearing on the motion.

Respectfully submitted,

Dated: May 15, 2024         by:

                                          _____
                                          D. Gill Sperlein
                                          THE LAW OFFICE OF D. GILL SPERLEIN

                                          Harmeet K. Dhillon
                                          DHILLON LAW GROUP INC.

                                          Attorneys for Attorneys for Plaintiff Eva Knott

1

Case No. 3:24-cv-00855-BAS-DDL
Revised Notice of Motion to Proceed Using a Pseudonymously