D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Eva Knott*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA KNOTT,<br><br>   Plaintiff,<br><br>v.<br><br>THE CITY OF SAN DIEGO; POLICE CHIEF DAVID NISLEIT, in his representative capacity as Chief of Police; and LIEUTENANT ADAM SHARKI, in his representative capacity as SDPD Public Information Officer,<br><br>   Defendants. | Case No.: 24-cv-00855-BAS-DDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF POLICE CHIEF DAVID NISLEIT, IN HIS REPRESENTATIVE CAPACITY AS CHIEF OF POLICE WITHOUT PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eva Knott voluntarily dismisses Defendant Police Chief David Nisleit, in his representative capacity as Chief of Police without Prejudice.

Respectfully submitted,

Dated: June 3, 2024                    by:

_____
D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN

Harmeet K. Dhillon
DHILLON LAW GROUP INC.

Attorneys for Attorneys for Plaintiff Eva Knott

**PROOF OF SERVICE**

I, D. Gill Sperlein declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is The Law Office of D. Gill Sperlein, 345 Grove Street, San Francisco, CA 94102. I am personally familiar with the business practice of the Law Office of D. Gill Sperlein. On June 3, 2024, I served the following document(s):

Notice of Voluntary Dismissal of Police Chief David Nisleit, in His Representative Capacity as Chief of Police Without Prejudice

By placing a true copy thereof enclosed in a sealed envelope (except in the case of e-mail or Facsimile) addressed to the following parties:

City of San Diego
Elizabeth L.A. Biggerstaff
Deputy City Attorney
Office of the San Diego City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
elatkins@sandiego.gov

__X___ (By Electronic Mail) I caused each document to be sent by Electronic Mail to the e-mail address(es) above.
_____ (By Mail) I caused each envelope with potage fully prepaid to be placed in collection and mailing following the ordinary business practices of the Law Office of D. Gill Sperlein.
_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.
_____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the United States and the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

Dated: 6/3/2024

_____
D. Gill Sperlein