D. GILL SPERLEIN (SBN: 172887)
gill@sperleinlaw.com
LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Eva Knott*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA KNOTT, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SAN DIEGO; POLICE CHIEF DAVID NISLEIT, in his representative capacity as Chief of Police; and LIEUTENANT ADAM SHARKI, in his representative capacity as SDPD Public Information Officer, <br><br> Defendants. | Case No.: 24-cv-00855-BAS-DDL <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ALL PARTIES WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eva Knott voluntarily dismisses all Parties with prejudice.

Respectfully submitted,

Dated: August 13, 2024                                         by:

_____
D. Gill Sperlein
THE LAW OFFICE OF D. GILL SPERLEIN

Harmeet K. Dhillon
DHILLON LAW GROUP INC.

Attorneys for Attorneys for Plaintiff Eva Knott